# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

|  |  |  | 2:14-CR-165-WFN |
|---|---|---|---|
| U.S.A. vs. | Shevchenko, Pavel | Docket No. | 0980 2:14MJ00346-JTR-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW  Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Pavel Shevchenko, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 14th day of November 2014 under the following conditions:

**Condition 1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless the defendant first notifies the supervising pretrial services officer in the captioned matter.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On December 6, 2014, the defendant made contact with a former employer in regard to an ongoing dispute over tools, back wages, and a truck. The  victim alleges that specific threats of harm and violence were directed at him by the defendant on said date. Specifically, the victim alleges the defendant stated such things as "you don't want me to have to hurt you,"and "I don't want to hurt you, because that's what I've done to people who fuck me over."  In addition, the defendant allegedly referenced his current legal situation by stating that his federal charges were a joke and he beat the system and is only on probation for 3 years.  The victim contacted law enforcement and filed an official report. The report number is #14-0408321.  This officer's understanding is that a criminal investigation into the matter has been initiated. It should also be noted that the victim that was allegedly threatened in this matter is also a government witness.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  December 10, 2014 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

December 10, 2014

Date